## WHITEHOUSE TRUCKING, INC. *v.*
## UNITED STATES ET AL.

No. 1255.  Decided June 12, 1967.

*Robert P. Mone* and *James M. Burtch* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane* and *Nahum Litt* for the United States et al., and *James E. Wilson* and *Edward G. Villalon* for Hennis Freight Lines, Inc., et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## MAZES *v.* OHIO.

No. 896.  Decided June 12, 1967.

*Stanley M. Dietz* for petitioner.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment of the Supreme Court of Ohio is reversed. *Redrup* v. *New York,* 386 U. S. 767.

THE CHIEF JUSTICE, MR. JUSTICE CLARK, and MR. JUSTICE HARLAN would grant the petition and set the case for oral argument on the Ohio statute.